SAM ROBERTS, Appellant, v. RANSOM PRATT et al., Respondents.

Submitted May 19, 1941; decided May 29, 1941.

*Sam Roberts*, in person, for motion.

*W. Earle Costello* opposed.

Motion denied on the ground the orders appealed from are not appealable to this court.